IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 01-141 |
| ) | |
| LARA CASALDI ) | |

**ORDER OF COURT**

AND NOW, to-wit, this ___16th___ day of ___March___, 2006, upon consideration of the foregoing Motion for Early Termination of Supervised Release, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. Ms. Casaldi's supervised release is terminated as of this day.

_____
Gary L. Lancaster
United States District Judge